United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Shane Peters  
Cathie Jo Peters  
      Debtors

Case No. 20-10118-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Virginia      Page 1 of 1      Date Rcvd: Jan 09, 2020  
                      Form ID: 130      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.  
db/jdb      +Michael Shane Peters,   Cathie Jo Peters,   4 Long Lane,   Wernersville, PA 19565-9137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:  
      MICHAEL D. HESS   on behalf of Joint Debtor Cathie Jo Peters amburke7@yahoo.com  
      MICHAEL D. HESS   on behalf of Debtor Michael Shane Peters amburke7@yahoo.com  
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                              Chapter: 13

    Michael Shane Peters and
Cathie Jo Peters

               Debtor(s)                                    Bankruptcy No: 20–10118–elf

### *O R D E R*

   **AND NOW,** this 9th day of January, 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

 It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

     Documents and Deadline

     Atty Disclosure Statement due 01/22/2020
     Chapter 13 Plan due by 01/22/2020
     Chapter 13 Statement of Your Current Monthly Income and Calculation of
     Commitment Period Form 122C–1 Due 01/22/2020
     Schedules AB–J due 01/22/2020
     Statement of Financial Affairs due 01/22/2020
     Summary of Assets and Liabilities Form B106 due 01/22/2020
     Means Test Calculation B122C–2 due 1/22/2020
     Incomplete Filings due by 01/22/2020. Any request for an extension of time must be filed prior to the expiration of the deadlines listed.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                                     By the Court

                                                                     Eric L. Frank
                                  Judge , United States Bankruptcy Court