# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>　　**Michael Shane Peters**<br>　　**Cathie Jo Peters**<br>　　　　　　**Debtor(s)** | Chapter 13<br><br>Bankruptcy No. 20-10118-elf |

## ORDER

AND NOW, upon consideration of the Debtors' Application for Extension of Time to File Schedules and Chapter 13 Plan, and it appearing that good cause for granting an extension of time has been shown,

IT IS HEREBY **ORDERED** that the Debtor is granted an extension of time, to **February 7, 2020**, in order to file the schedules, Chapter 13 Plan and statements required to be filed by National Bankruptcy Rule 1007.

Date: 1/27/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**