**Diakon Lutheran Social Ministries**
1022 N Union Street
Middletown, PA 17057

Advice No: 184158
Date: 1/10/2020
Amount: 1,136.19

Pay **One Thousand One Hundred Thirty Six AND 19/100 DOLLARS**

TO THE ORDER OF
Cathie Jo Peters
4 Long Lane
Wernersville, PA 19565

Bank Routing No: XXXXX1889
Bank Account No: XXXXX3550
Payment Amount: 1,136.19

**Direct Deposit Only**
**Non-Negotiable**

**Diakon Lutheran Social Ministries**
1022 N Union Street    Middletown, PA 17057

Cathie Jo Peters (37129)
Dept185-655 DEPARTMENT
12/22/2019-1/4/2020 PAY PERIOD
1/10/2020 PAY DATE
184158 ADVICE NO

| EARNINGS | HRS/UNITS | PAY RATE | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Cell | 0.00 | | 18.46 | 18.46 | 401k% | 25.89 | 25.89 |
| HOLIDAY | 15.00 | 17.26 | 258.90 | 258.90 | DENTAL | 20.76 | 20.76 |
| Mileage Reimb | 176.00 | 0.58 | 101.20 | 101.20 | Fed Inc Tax | 41.68 | 41.68 |
| PTO | 25.00 | 17.26 | 431.50 | 431.50 | Local Inc Tax | 12.31 | 12.31 |
| REGULAR | 35.00 | 17.26 | 604.10 | 604.10 | Longswamp TP, Brandywine Hts SD (NR) LST | 2.00 | 2.00 |
| | | | | | Medicare Tax | 17.85 | 17.85 |
| | | | | | MEDL | 79.78 | 79.78 |
| | | | | | PA State Inc Tax | 37.80 | 37.80 |
| | | | | | Pennsylvania Unemployment Insurance Tax | 0.78 | 0.78 |
| | | | | | Soc Sec Tax | 76.33 | 76.33 |
| | | | | | VISION | 2.79 | 2.79 |
| | | | | | WELLNESS | -40.00 | -40.00 |

PTO Balance: 76.33 Hours
Extended Leave Balance: 0.00 Hours

| 17.26 PAY RATE | 1,414.16 CURRENT EARNINGS | 277.97 CURRENT DED | 1,136.19 NET PAY | 1,414.16 YTD EARNINGS | 277.97 YTD DED | 1,136.19 YTD NET PAY |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Diakon Lutheran Social Ministries<br>1022 N Union Street<br>Middletown, PA 17057 | | | | | Advice No | | 182507 |
| | | | | | Date<br>12/27/2019 | | Amount<br>1,387.13 |
| Pay | | One Thousand Three Hundred Eighty Seven AND 13/100 DOLLARS | | | | | |
| TO THE<br>ORDER<br>OF | Cathie Jo Peters<br>4 Long Lane<br>Wernersville, PA 19565 | | | Bank Routing No<br>XXXXX1889 | Bank Account No<br>XXXXX3550 | | Payment Amount<br>1,387.13 |

**Direct Deposit Only**
**Non-Negotiable**

| Diakon Lutheran Social Ministries | | | 1022 N Union Street | | Middletown, PA 17057 | | |
|---|---|---|---|---|---|---|---|
| Cathie Jo Peters (37129) | | | Dept185-655<br>DEPARTMENT | | 12/8/2019-12/21/2019<br>PAY PERIOD | 12/27/2019<br>PAY DATE | 182507<br>ADVICE NO |

| EARNINGS | HRS/UNITS | PAY RATE | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Cell | 0.00 | | 18.46 | 479.96 | 401k% | 25.89 | 664.95 |
| DISC BONUS | 0.00 | | 300.00 | 300.00 | DENTAL | 6.71 | 174.46 |
| Mileage Reimb | 260.00 | 0.58 | 150.80 | 6,774.98 | Fed Inc Tax | 43.32 | 1,086.21 |
| REGULAR | 75.00 | 17.26 | 1,294.51 | 30,231.63 | Federal Supplemental Income Tax | 66.00 | 66.00 |
| | | | | | Local Inc Tax | 15.36 | 320.37 |
| | | | | | Longswamp TP, Brandywine Hts SD (NR) LST | 2.00 | 52.00 |
| | | | | | Medicare Tax | 22.27 | 464.39 |
| | | | | | MEDL | 73.95 | 1,922.70 |
| | | | | | PA State Inc Tax | 37.95 | 974.10 |
| | | | | | Pennsylvania Supplemental IT | 9.21 | 9.21 |
| | | | | | Pennsylvania Unemployment Insurance Tax | 0.96 | 20.25 |
| | | | | | Soc Sec Tax | 95.23 | 1,985.72 |
| | | | | | VISION | 2.79 | 72.54 |
| | | | | | WELLNESS | -25.00 | -325.00 |

PTO Balance: 116.15 Hours    Extended Leave Balance: 0.00 Hours

| 17.26 | 1,763.77 | 376.64 | 1,387.13 | 40,802.46 | 7,162.90 | 33,639.56 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DED | NET PAY | YTD EARNINGS | YTD DED | YTD NET PAY |

12/18/2019 — Earnings History Detail

**Diakon Lutheran Social Ministries**
1022 N Union Street
Middletown, PA 17057

Advice No: 180866
Date: 12/13/2019
Amount: 1,336.36

Pay TO THE ORDER OF: **One Thousand Three Hundred Thirty Six AND 36/100 DOLLARS**

Cathie Jo Peters
4 Long Lane
Wernersville, PA 19565

Bank Routing No: XXXXX1889
Bank Account No: XXXXX3550
Payment Amount: 1,336.36

**Direct Deposit Only**
**Non-Negotiable**

Diakon Lutheran Social Ministries — 1022 N Union Street — Middletown, PA 17057

Cathie Jo Peters (37129) — Dept 185-655 DEPARTMENT — Pay Period: 11/24/2019-12/7/2019 — Pay Date: 12/13/2019 — Advice No: 180866

| EARNINGS | HRS/UNITS | PAY RATE | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Call | 0.80 |  | 18.46 | 461.50 | 401k% | 25.99 | 639.06 |
| HOLIDAY | 7.50 | 17.26 | 129.45 | 766.95 | DENTAL | 6.71 | 167.75 |
| Mileage Reimb | 515.00 | 0.58 | 298.70 | 6,624.19 | Fed Inc Tax | 43.32 | 1,062.89 |
| PTO | 2.00 | 17.26 | 34.52 | 2,248.94 | Local Inc Tax | 12.36 | 305.01 |
| REGULAR | 65.50 | 17.26 | 1,130.54 | 28,937.12 | Longswamp TP, Brandywine Hts SD (NR) LST | 2.00 | 50.00 |
|  |  |  |  |  | Medicare Tax | 17.92 | 442.12 |
|  |  |  |  |  | MHDL | 73.85 | 1,848.73 |
|  |  |  |  |  | PA State Inc Tax | 57.55 | 936.15 |
|  |  |  |  |  | Pennsylvania Unemployment Insurance Tax | 0.78 | 19.29 |
|  |  |  |  |  | Soc Sec Tax | 76.64 | 1,890.49 |
|  |  |  |  |  | VISION | 2.79 | 69.75 |
|  |  |  |  |  | WELLNESS | -25.00 | -300.00 |

PTO Balance: 109.52 Hours    Extended Leave Balance: 0.00 Hours

| 17.26 | 1,611.67 | 275.31 | 1,336.36 | 39,038.69 | 6,786.26 | 32,252.43 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DED | NET PAY | YTD EARNINGS | YTD DED | YTD NET PAY |

12/19/2019

Earnings History Detail

Diakon Lutheran Social Ministries
1023 N Union Street
Middletown, PA 17057

Advice No: 179216
Date: 11/29/2019
Amount: 1,314.90

**Pay**

**One Thousand Three Hundred Fourteen AND 90/100 DOLLARS**

TO THE ORDER OF

Cathie Jo Peters
4 Long Lane
Wernersville, PA 19565

Bank Routing No: XXXXX1289
Bank Account No: XXXXX3550
Payment Amount: 1,314.90

**Direct Deposit Only**
**Non-Negotiable**

---

Diakon Lutheran Social Ministries    1023 N Union Street    Middletown, PA 17057

Cathie Jo Peters (37129)    Dept 185-655 DEPARTMENT    11/10/2019-11/23/2019 PAY PERIOD    11/29/2019 PAY DATE    179216 ADVICE NO

| EARNINGS | HRS/UNITS | PAY RATE | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Cell | 0.00 | | 16.46 | 443.04 | 401(k) | 25.89 | 613.17 |
| Mileage Reimb | 475.03 | 0.58 | 277.24 | 6,325.45 | DENTAL | 6.71 | 161.04 |
| REGULAR | 75.00 | 17.26 | 1,294.50 | 27,806.58 | Fed Inc Tax | 43.32 | 399.97 |
| | | | | | Local Inc Tax | 12.56 | 292.63 |
| | | | | | Longswamp TP, Brandywine Hts SD (NR) LST | 2.00 | 46.00 |
| | | | | | Medicare Tax | 17.92 | 424.29 |
| | | | | | MEDI | 75.95 | 1,774.80 |
| | | | | | PA State Inc Tax | 37.95 | 898.20 |
| | | | | | Pennsylvania Unemployment Insurance Tax | 0.78 | 18.51 |
| | | | | | Soc Sec Tax | 76.63 | 1,813.85 |
| | | | | | VISION | 2.79 | 66.96 |
| | | | | | WELLNESS | -25.00 | -375.00 |

PTO Balance: 185.47 Hours    Extended Leave Balance: 0.00 Hours

| 17.26 | 1,590.20 | 275.30 | 1,314.90 | 37,427.02 | 6,510.95 | 30,916.07 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DED | NET PAY | YTD EARNINGS | YTD DED | YTD NET PAY |

11/22/2019

Earnings History Detail

**Diakon Lutheran Social Ministries**
1022 N Union Street
Middletown, PA 17057

Advice No: 177580
Date: 11/15/2019
Amount: 1,258.05

Pay: **One Thousand Two Hundred Fifty Eight AND 05/100 DOLLARS**

TO THE ORDER OF: Cathie Jo Peters
4 Long Lane
Wernersville, PA 19565

Bank Routing No: XXXXX1589
Bank Account No: XXXXXX3450
Payment Amount: 1,258.05

**Direct Deposit Only**
**Non-Negotiable**

Diakon Lutheran Social Ministries — 1022 N Union Street — Middletown, PA 17057

Cathie Jo Peters (37129)   Dept185-655 DEPARTMENT   10/27/2019-11/9/2019 PAY PERIOD   11/15/2019 PAY DATE   177580 ADVICE NO

| EARNINGS | HRS/UNITS | PAY RATE | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Cell | 0.00 | | 18.46 | 424.58 | 401k% | 25.89 | 587.28 |
| Mileage Reimb | 380.00 | 0.58 | 220.40 | 6,042.24 | DENTAL | 6.71 | 154.33 |
| REGULAR | 75.00 | 17.26 | 1,294.50 | 26,512.08 | Fed Inc Tax | 43.52 | 955.25 |
| | | | | | Local Inc Tax | 12.96 | 280.29 |
| | | | | | Longswamp TP, Brandywine His SD (NR) LST | 2.00 | 46.00 |
| | | | | | Medicare Tax | 17.92 | 406.28 |
| | | | | | MEDI | 73.95 | 1,700.85 |
| | | | | | PA State Inc Tax | 37.95 | 859.25 |
| | | | | | Pennsylvania Unemployment Insurance Tax | 0.78 | 17.73 |
| | | | | | Soc Sec Tax | 76.64 | 1,737.22 |
| | | | | | VISION | 2.79 | 64.17 |
| | | | | | WELLNESS | -23.80 | -250.00 |

PTO Balance: 99.12 Hours    Extended Leave Balance: 0.00 Hours

| 17.26 PAY RATE | 1,533.36 CURRENT EARNINGS | 275.31 CURRENT DED | 1,258.05 NET PAY | 33,936.62 YTD EARNINGS | 6,235.05 YTD DED | 29,601.17 YTD NET PAY |
|---|---|---|---|---|---|---|

https://diakon.kronos.net/wfc_selfservice/scripts/CheckHistoryPrint.aspx?... 1/1