**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Michael Shane Peters,**<br>    Debtor,<br>**Cathie Jo Peters,**<br>    Joint Debtor,<br>**U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust,**<br>    Movant,<br>v.<br>**Michael Shane Peters,**<br>**Cathie Jo Peters,**<br>     Debtor/Respondent,<br>**Scott F. Waterman (Chapter 13), Esquire,**<br>      Trustee/Respondent, | **Bankruptcy No. 20-10118-pmm**<br><br>**Chapter 13**<br><br>**Hearing Date: August 11, 2020**<br>**Hearing Time: 10:00 a.m.**<br>**Location: 201 Penn Street,**<br>**Reading, PA 19601** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **July 30, 2020, you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

    **(a)** File an answer explaining your position at: 210 Penn Street, Suite 103, Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    **(b)** Mail a copy to the movant's attorney:

        Charles G. Wohlrab, Esquire.
        10700 Abbott's Bridge Rd., Suite 170
        Duluth, GA  30097
        Telephone: (470) 321-7112
        Email: cwohlrab@rascrane.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 19(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before Judge Patricia M. Mayer on **August 11, 2020, at 10:00 a.m. in Courtroom 4th Floor, United States Bankruptcy Court, 210 Penn Street, Reading, PA 19601.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: July 15, 2020

        **Robertson, Anschutz, Schneid & Crane LLC**
        Attorney for Secured Creditor
        10700 Abbott's Bridge Rd., Suite 170
        Duluth, GA  30097
        Telephone: (470) 321-7112
        By: /s/ Charles G. Wohlrab
        Charles G. Wohlrab, Esquire
        PA Bar Number  314532
        Email: cwohlrab@rascrane.com