United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Shane Peters  
Cathie Jo Peters  
      Debtors

Case No. 20-10118-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Virginia     Page 1 of 1     Date Rcvd: Jul 23, 2020  
Form ID: pdf900     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.
```
db/jdb         +Michael Shane Peters,    Cathie Jo Peters,    4 Long Lane,    Wernersville, PA 19565-9137
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14449136       +Arcadia Rocovery Bureau, LLC,    PO Box 6768,    Wyomissing, PA 19610-0768
14449138       +EOS CCA,    PO Box 5055,    Norwell, MA 02061-5055
14449140       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14451048       +U.S. Bank Trust National Association,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2020 04:21:03      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14449137        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2020 04:22:19      Capital One Bank,
                 P O Box 790216,    Saint Louis, MO 63179-0216
14449139        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 24 2020 04:20:59      Jefferson Capital Systems,
                 16 McLeland Road,    Saint Cloud, MN 56303
14466098        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2020 04:21:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14458679        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2020 04:20:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14449141       +E-mail/Text: bkteam@selenefinance.com Jul 24 2020 04:20:35      Selene Finance,    PO Box 422039,
                 Houston, TX 77242-4239
14484122       +E-mail/Text: bkteam@selenefinance.com Jul 24 2020 04:20:35      Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
                                                                                                TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:
```
          CHARLES GRIFFIN WOHLRAB    on behalf of Creditor    U.S. Bank Trust National Association, not in
           its individual capacity but solely as Owner Trustee for VRMTG Asset Trust cwohlrab@rascrane.com
          MICHAEL D. HESS    on behalf of Joint Debtor Cathie Jo Peters amburke7@yahoo.com
          MICHAEL D. HESS    on behalf of Debtor Michael Shane Peters amburke7@yahoo.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michael Shane Peters<br>    Cathie Jo Peters<br><br>                Debtors | Chapter 13<br><br>Bankruptcy No. 20-10118-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 23, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE